**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

SUSAN E. COOPER, ELLEN F. PRICE,
MARY FLINT PARDI, DAVID B. FLINT and
MARILYN A. FLINT, individually and as agents
for all former shareholders of Flint Ink Corporation

                                  Plaintiffs,        07-CV-7729 (DC)

    -against-

ASTER ZWEITE BETEILIGUNGS GmbH,

                                  Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kevin M. Ashby of Milbank, Tweed, Hadley & McCloy LLP, hereby appears in the above-captioned action as counsel for Plaintiffs SUSAN E. COOPER, ELLEN F. PRICE, MARY FLINT PARDI, DAVID B. FLINT and MARILYN A. FLINT, individually and as agents for all former shareholders of Flint Ink Corporation.

Dated:       September 17, 2007

                                            MILBANK, TWEED, HADLEY &
                                            MCCLOY LLP

                                            By: _s/ Kevin M. Ashby_____
                                                Kevin M. Ashby
                                           One Chase Manhattan Plaza
                                           New York, New York 10005
                                           (212) 530-5010
                                           (212) 822-5010 (facsimile)
                                           Email: kashby@milbank.com

                                           *Attorneys for Plaintiffs*

## **CERTIFICATE OF FILING**

      I hereby certify that on September 17, 2007, this Notice of Appearance was filed through the ECF system.

                                              ___s/ Kevin M. Ashby_____