UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SUSAN E. COOPER, ELLEN F. PRICE,
MARY FLINT PARDI, DAVID B. FLINT and
MARILYN A. FLINT, individually and as agents
for all former shareholders of Flint Ink Corporation        07-CV-7729 (DC)

                                Plaintiffs,        **MOTION TO ADMIT COUNSEL**
                                                        **PRO HAC VICE**

    -against-

ASTER ZWEITE BETEILIGUNGS GmbH,

                                Defendant.

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin M. Ashby, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

        Applicant's Name:    **KEVIN B. HIRSCH**
        Firm Name:    Jaffe, Raitt, Heuer & Weiss, a Professional Corporation
        Address:    27777 Franklin Road, Suite 2500
        City/State/Zip:    Southfield, MI 48034-8214
        Phone Number:    (248) 351-3000
        Fax Number:    (248) 351-3082

Kevin B. Hirsch is a member in good standing of the Bar of the State of Michigan. There are no pending disciplinary proceedings against Kevin B. Hirsch in any State or Federal court.

Dated:    September 17, 2007
City, State:    New York, N.Y.

Respectfully Submitted,

_____
Kevin M. Ashby
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Phone:    (212) 530-5010
Fax Number:    (212) 822-5010

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SUSAN E. COOPER, ELLEN F. PRICE,
MARY FLINT PARDI, DAVID B. FLINT and
MARILYN A. FLINT, individually and as agents
for all former shareholders of Flint Ink Corporation

Plaintiffs,

-against-

ASTER ZWEITE BETEILIGUNGS GmbH,

Defendant.

07-CV-7729 (DC)

**AFFIDAVIT OF
KEVIN M. ASHBY
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

State of New York    )
                     )  ss:
County of New York   )

Kevin M. Ashby, being duly sworn, hereby deposes and says as follows:

1. I am associated with the law firm of Milbank, Tweed, Hadley & McCloy LLP, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Kevin B. Hirsch as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law on September 28, 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Kevin B. Hirsch since 2007.

4. Mr. Hirsch is an associate of the firm of Jaffe, Raitt, Heuer & Weiss, a Professional Corporation, in Southfield, Michigan.

5. I have found Mr. Hirsch to be a skilled attorney and a person of integrity. He is experienced in Federal Practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Kevin B. Hirsch, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Kevin B. Hirsch, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Kevin B. Hirsch, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: September 17, 2007  
New York, N.Y.

Respectfully submitted,

_____  
Notary Public, In and For the State of New York

_____  
Kevin M. Ashby

JEANNE M. FARKAS  
NOTARY PUBLIC, State of New York  
No. 01FA4680272  
Qualified in New York County  
Commission Expires Aug. 31, 2009



# State Bar of Michigan
## Certificate
### of Good Standing

This certifies that Kevin B. Hirsch, P58757 of Southfield, Michigan is an active member of the State Bar of Michigan in good standing. He was admitted to practice in Michigan on November 16, 1998 in Oakland County and became a member of the State Bar of Michigan on November 23, 1998.

Janet K. Welch
Executive Director
August 20, 2007

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SUSAN E. COOPER, ELLEN F. PRICE,
MARY FLINT PARDI, DAVID B. FLINT and
MARILYN A. FLINT, individually and as agents
for all former shareholders of Flint Ink Corporation

07-CV-7729 (DC)

Plaintiffs,     **CERTIFICATE OF SERVICE**

-against-

ASTER ZWEITE BETEILIGUNGS GmbH,

Defendant.

I hereby certify that a true and correct copy of (1) the Motion to Admit Kevin B. Hirsch Pro Hac Vice and (2) Affidavit of Kevin M. Ashby In Support Thereof, was sent to all known counsel of record by email and hand delivery on this 17th day of September, 2007.

Kevin M. Ashby

Dated: September 17, 2007