USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/07

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SUSAN E. COOPER, ELLEN F. PRICE,
MARY FLINT PARDI, DAVID B. FLINT and
MARILYN A. FLINT, individually and as agents
for all former shareholders of Flint Ink Corporation

Plaintiffs,

-against-

ASTER ZWEITE BETEILIGUNGS GmbH,

Defendant.

07-CV-7729 (DC)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Kevin M. Ashby, attorney for Plaintiffs, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | **MICHAEL F. JACOBSON** |
| Firm Name: | Jaffe, Raitt, Heuer & Weiss, a Professional Corporation |
| Address: | 27777 Franklin Road, Suite 2500 |
| City/State/Zip: | Southfield, MI 48034-8214 |
| Phone Number: | (248) 351-3000 |
| Fax Number: | (248) 351-3082 |
| Email Address: | mjacobson@jaffelaw.com |

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 9/24/07

City, State: NY NY

United States District/~~Magistrate~~ Judge