UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SUSAN E. COOPER, ELLEN F. PRICE,
MARY FLINT PARDI, DAVID B. FLINT and
MARILYN A. FLINT, individually and as agents
for all former shareholders of Flint Ink Corporation

                      Plaintiffs,          07-CV-7729 (DC)

-against-

ASTER ZWEITE BETEILIGUNGS GmbH,

                      Defendant.

---

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action through their undersigned counsel, that:

1. All of plaintiffs' claims asserted in the above-captioned action against the defendant are dismissed with prejudice.

2. Each party shall bear its own costs.

| | |
|---|---|
| MILBANK, TWEED, HADLEY<br>& MCCLOY LLP<br><br>By: _____<br>George S. Canellos<br>Kevin M. Ashby<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(212) 530-5000<br><br>*Attorneys for Susan E. Cooper, Ellen F. Price,*<br>*Mary Flint Pardi, David B. Flint and Marilyn*<br>*A. Flint*<br><br>Dated: November 16, 2007 | SULLIVAN & CROMWELL LLP<br><br>By: _____<br>Richard H. Klapper<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-40000<br><br>*Attorneys for Aster Zweite Beteiligungs GmbH*<br><br>Dated: November 16, 2007 |

SO ORDERED:

                                              _____
                                              Hon. Denny Chin
                                              United States District Judge

NY2:#4762486