UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07
```

SUSAN E. COOPER, ELLEN F. PRICE,
MARY FLINT PARDI, DAVID B. FLINT and
MARILYN A. FLINT, individually and as agents
for all former shareholders of Flint Ink Corporation

                                 Plaintiffs,        07-CV-7729 (DC)

-against-

ASTER ZWEITE BETEILIGUNGS GmbH,

                                 Defendant.

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action through their undersigned counsel, that:

1. All of plaintiffs' claims asserted in the above-captioned action against the defendant are dismissed with prejudice.

2. Each party shall bear its own costs.

MILBANK, TWEED, HADLEY
& MCCLOY LLP

By: _____
George S. Canellos
Kevin M. Ashby
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000

*Attorneys for Susan E. Cooper, Ellen F. Price, Mary Flint Pardi, David B. Flint and Marilyn A. Flint*

Dated: November 16, 2007

SO ORDERED:

SULLIVAN & CROMWELL LLP

By: _____
Richard H. Klapper
125 Broad Street
New York, New York 10004
(212) 558-40000

*Attorneys for Aster Zweite Beteiligungs GmbH*

Dated: November 16, 2007

_____
Hon. Denny Chin
United States District Judge

11/21/07

NY2:#4762486

1